# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT LEE MARSHALL

NO. 2023 KW 0048

**MARCH 13, 2023**

---

In Re:    Robert Lee Marshall, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 383667.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**  This writ application consists of a Motion to Compel Disclosure of **Brady** Material and a Motion for Postconviction Plea Agreement.  Because there is no indication that relator filed these motions in the district court, this writ presents nothing for this court to review.  Relator should first seek relief in the district court.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.s√*

DEPUTY CLERK OF COURT
      FOR THE COURT